UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **BILLY BAGGETT** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:22-cv-137 |
| | ) |
| **SOUTHERN HEALTH PARTNERS,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

No objections having been filed, and having reviewed the matter *de novo*, the Court agrees with Magistrate Judge Frensley's recommendation that this action be dismissed without prejudice for failure to prosecute. Accordingly, the Motion to Dismiss (Doc. No. 18) is **GRANTED**, the Report and Recommendation (Doc. No. 21) is **APPROVED**, and this case is hereby **DISMISSED WITHOUT PREJUDICE**.

The Clerk of the Court shall enter a final judgment and close this case.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE